**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7317**

LLOYD T. LEWIS,

        Plaintiff - Appellant,

    v.

STEPHANIE BRATHWAITE,

        Defendant - Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Loretta C. Biggs, District Judge. (1:19-cv-00528-LCB-LPA)

Submitted: January 19, 2021               Decided: January 22, 2021

Before AGEE, WYNN, and DIAZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Lloyd T. Lewis, Appellant Pro Se. John Walton Minier, YATES, MCLAMB & WEYHER, LLP, Raleigh, North Carolina; Gary Adam Moyers, BATTEN LEE, PLLC, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lloyd T. Lewis seeks to appeal the district court's order dismissing all of Lewis' claims against one Defendant and dismissing some claims against the remaining Defendant, but allowing Lewis' deliberate indifference claim against the remaining Defendant to proceed. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Lewis seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction and deny Lewis' motion for a protective order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*